| | |
|---|---|
| **GARY SURGEON,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**KELLY SHARP, AND HEYSHARP, LLC,** )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court on review of a Memorandum and Recommendation issued in this matter. In the Memorandum and Recommendation, the magistrate judge advised the parties of the right to file objections within 14 days, all in accordance with 28 U.S.C. § 636(b)(1)(c). No objections have been filed within the time allowed.

**I.      Applicable Standard of Review**

The *Federal Magistrates Act of 1979*, as amended, provides that "a district court shall make a *de novo* determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). However, "when objections to strictly legal issues are raised and no factual issues are challenged, *de novo* review of the record may be dispensed with." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Similarly, *de novo* review is not required by the statute "when a party makes general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." Id. Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection.

Thomas v. Arn, 474 U.S. 140, 149 (1985); Camby, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case, and accordingly the Court has conducted a careful review of the magistrate judge's recommendation.

## II. Discussion

After such careful review, the court will affirm the magistrate judge's recommendation. Plaintiff's motion is a voluntary dismissal of the case, and defendants have failed to file any response, even after a Roseboro order (#15) issued on July 5, 2018 to advise defendants of their right to respond. Indeed, defendants' silence goes back even further, as review of the record shows that defendants have not made any filing in this matter since January 10, 2017 and have thus clearly forfeited any potential counterclaims they may have sought. As such, the court will affirm the recommendation and dismiss this matter with prejudice.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation (#16) is **AFFIRMED**, plaintiff's *pro se* Motion for Dismissal with Prejudice (#14) is **GRANTED,** and all claims, be they claims asserted in the Complaint or claims asserted as Counterclaims, are **DISMISSED** with prejudice, and that this case is **CLOSED**.

Signed: August 23, 2018

Max O. Cogburn Jr.
United States District Judge